**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No. 2:25-cv-03476-WLH-AJR

Date: June 2, 2025
Page 1 of 2

Title: Michael Garcia, et al. v. Roblox Corp.

DOCKET ENTRY: **ORDER GRANTING PETITION AND APPOINTING GUARDIAN *AD LITEM* (DKT. 13)**

PRESENT:

**HONORABLE A. JOEL RICHLIN, UNITED STATES MAGISTRATE JUDGE**

| Claudia Garcia-Marquez | None | None |
|---|---|---|
| Deputy Clerk | Court Reporter/Recorder | Tape No. |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANTS: |
|---|---|
| None Present | None Present |

**PROCEEDINGS: (IN CHAMBERS)**

On April 18, 2025, Plaintiffs Michael Garcia, Salena Garcia, and R.G., a minor, filed a Class Action Complaint alleging systemic privacy violations against Defendant Roblox Corporation, pursuant to the Electronic Communications Privacy Act (18 U.S.C. § 2511), the Stored Communications Act (18 U.S.C. §§ 2701, et seq.), and the Children's Online Privacy Protection Act (15 U.S.C. §§ 6502, 6503; 16 C.F.R. Part 312). (Dkt. 1.)

On May 29, 2025, Plaintiff Michael Garcia filed the instant Petition for Appointment of a Guardian *Ad Litem* for minor Plaintiff R.G. (the "Petition"). (Dkt. 13.) The Petition affirms that Plaintiff Michael Garcia is the father of minor Plaintiff R.G. and holds joint legal custody of the minor. (Id. at 1.) At present, no general guardian or prior guardian *ad litem* has been appointed to represent the minor's interests in this litigation. (Id. at 1-2.) As such, the appointment of a guardian *ad litem* is necessary to ensure adequate representation of the minor in this action. See Est. of Lacy, 54 Cal. App. 3d 172, 185 (1975); Cal. Prob. Code § 1003; see also Fed. R. Civ. P. 17(c)(2).

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No. 2:25-cv-03476-WLH-AJR Date: June 2, 2025


Title: Michael Garcia, et al. v. Roblox Corp.

The Petition contains a verification signed by Mr. Garcia stating that he is fully competent to understand and protect the rights of the minor and that he has no interests adverse to the minor. (Id. at 2.) Courts in this circuit have consistently recognized the authority to appoint a guardian *ad litem* where necessary to protect a minor's interests. See AT&T Mobility, LLC v. Yeager, 143 F. Supp. 3d 1042, 1050-52 (E.D. Cal. 2015) (applying Rule 17(c)); see, e.g., Davis v. Walker, 745 F.3d 1303, 1310 (9th Cir. 2014); Johns v. Cnty. of San Diego, 114 F.3d 874, 876 (9th Cir. 1997).

The Court has reviewed the Petition and finds good cause to appoint Mr. Garcia as guardian *ad litem* for minor R.G. under Rule 17(c) of the Federal Rules of Civil Procedure. The Court notes that there is a potential for a conflict of interest between Mr. Garcia and R.G. because both are plaintiffs with their own claims against Defendant. However, this potential conflict does not prevent Mr. Garcia from being able to serve as a guardian *ad litem* for R.G. because R.G.'s rights and interests will be protected under Local Rule 17-1.2 ,which will require court approval of any settlement, compromise, or dismissal of R.G.'s claims. Accordingly, the Court GRANTS the Petition (Dkt. 13) and appoints Mr. Garcia as guardian *ad litem* for minor Plaintiff R.G. in this action.

IT IS SO ORDERED.