Elaine F. Harwell (Bar No. 242551)
E-mail: elaine.harwell@procopio.com
Sean M. Sullivan (Bar No. 254372)
E-mail: sean.sullivan@procopio.com
Benjamin White (Bar No. 339169)
E-mail: benjamin.white@procopio.com
PROCOPIO, CORY, HARGREAVES & SAVITCH LLP
525 B Street, Suite 2200
San Diego, CA 92101
Telephone: 619.238.1900
Facsimile: 619.235.0398

Attorneys for Roblox Corporation

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL GARCIA, SALENA GARCIA, AND R.G., a minor by and through her guardians Michael Garcia and Salena Garcia, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ROBLOX CORPORATION,<br><br>Defendant. | Case No. 2:25-cv-03476<br><br>**DECLARATION OF BENJAMIN W. WHITE IN SUPPORT OF DEFENDANT ROBLOX CORPORATION'S MOTION TO DISMISS THE COMPLAINT**<br><br>Date: August 22, 2025<br>Time: 1:30 p.m.<br>Dept: 9B<br>Judge: Judge Wesley L. Hsu |

I, Benjamin W. White, declare as follows:

1. I am an attorney at the law firm Procopio, Cory, Hargreaves & Savitch LLP ("Defense Counsel") and counsel for Defendant Roblox Corporation ("Roblox") in the above-captioned action. I am a member in good standing of the State Bar of California and admitted to practice in the U.S. District Court for the Central District of California. I submit this declaration in support of Roblox's Motion to Dismiss the Complaint ("Motion"). I have personal knowledge of the facts set forth in this declaration and, if called as a witness, could and would testify competently to such facts under oath.

2. Pursuant to Local Rule 7-3, Defense Counsel emailed counsel for Plaintiffs Michael Garcia, Salena Garcia, and R.G. ("Plaintiffs' Counsel") to schedule

a meeting to discuss the substance of the Motion, on July 14, 2025 (nine days before the response deadline).

3. Plaintiffs' Counsel replied stating they were only available to meet in the morning on July 16 or the following Monday, July 21. Because Defense Counsel was unavailable in the morning on July 16 due to another court commitment, and because July 21 would fall outside of the seven-day meet and confer period, Defense Counsel requested that Plaintiff's Counsel either meet after hours on July 16, extend the response deadline, or waive the seven-day deadline. Plaintiffs' Counsel declined to meet after hours, extend the response deadline, or waive the seven-day deadline. However, Plaintiffs' Counsel agreed to conduct a call on July 21, 2025.

4. During the call on July 21, 2025, Defense Counsel discussed the substantive grounds of the Motion. Specifically, Defense Counsel explained that Plaintiffs lacked standing for injunctive relief because they do not continue to use the Roblox platform, and lacked statutory standing for merely an informational injury. Defense Counsel explained Plaintiffs failed to state a claim under the Electronic Communications Privacy Act ("ECPA") because Plaintiffs and Roblox consented to any data collection, Plaintiffs do not allege Roblox intercepted substantive content, and that the ECPA does not provide for secondary liability for third-party actions. Regarding the Stored Communications Act ("SCA"), Defense Counsel explained Plaintiffs only allege Roblox accessed its own facility, their devices are not "facilities" under the SCA, and Plaintiffs consented to any data sharing in the Terms of Use. Regarding the Children's Online Privacy Protection Act ("COPPA"), Defense Counsel explained the statute does not recognize a private right of action and Plaintiff R.G. represented she obtained parental consent and her parents received an email notification of her acceptance.

5. Also, during the call on July 21, 2025, Defense Counsel proposed a stipulation to stay briefing on the motion to dismiss pending a ruling on Roblox's anticipated motion to compel arbitration. Plaintiffs' Counsel declined to stipulate to

stay briefing.

6. Plaintiffs' Counsel maintained that their claims were adequately pled and declined to dismiss or amend. The parties were unable to reach a resolution that eliminated the need for the Motion. Defense Counsel also offered to stipulate to extend the response deadline to give Plaintiffs' Counsel more time to consider the grounds in the Motion, however, Plaintiffs' Counsel declined. Lastly, Plaintiffs' Counsel indicated Plaintiffs intended to amend the complaint to add class representatives but would have Roblox file the Motion first.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed in San Diego, California, on July 23, 2025.

/s/ Benjamin W. White
Benjamin W. White