Elaine F. Harwell (Bar No. 242551)
E-mail: elaine.harwell@procopio.com
Sean M. Sullivan (Bar No. 254372)
E-mail: sean.sullivan@procopio.com
Benjamin White (Bar No. 339169)
E-mail: benjamin.white@procopio.com
PROCOPIO, CORY, HARGREAVES & SAVITCH LLP
525 B Street, Suite 2200
San Diego, CA 92101
Telephone: 619.238.1900
Facsimile: 619.235.0398

Attorneys for Defendant Roblox Corporation

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

MICHAEL GARCIA, SALENA GARCIA, AND R.G., a minor by and through her guardians Michael Garcia and Salena Garcia, on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

ROBLOX CORPORATION,

Defendant.

Case No. 2:25-cv-03476

**DEFENDANT'S OBJECTION TO PLAINTIFFS' UNTIMELY OPPOSITION TO MOTION TO DISMISS**

Date: August 22, 2025
Time: 1:30 p.m.
Dept: 9B
Judge: Judge Wesley L. Hsu

Defendant Roblox Corporation ("Roblox") respectfully requests that the Court decline to consider Plaintiffs Michael Garcia, Salena Garcia, and R.G.'s ("Plaintiffs") opposition [Dkt. Nos. 22, 23] ("Opposition") filed nearly two (2) weeks late to Roblox's motion to dismiss [Dkt. Nos. 17, 20] ("Motion").

A party opposing a motion must file their opposition brief "not later than twenty-one (21) days before the date designated for hearing on the motion . . ." L.R. 7-9. The moving party must file their reply papers "not later than fourteen (14) days before the date designated for hearing of the motion . . ." L.R. 7-10.

"The Court may ***decline to consider*** any memorandum or other document not filed within the deadline set by order or local rule. The failure to file any required document, or the failure to file it within the deadline, may be deemed ***consent to the granting or denial of the motion*** . . ." L.R. 7-12 (emphasis added). "A party filing any document in support of, or in opposition to, any motion noticed for hearing as above provided after the time for filing the same shall have expired, also shall be subject to the sanctions of L.R. 83-7 and the F.R.Civ.P." L.R. 7-13.

Here, Roblox filed the Motion on July 23, 2025, with a hearing set for August 22, 2025. Dkt. No. 17. Based on this hearing date and Local Rule 7-9, Plaintiffs' opposition deadline was ***August 1, 2025*** (twenty-one days before the hearing). Plaintiffs filed their opposition on August 13, 2025, nearly ***two weeks*** after their deadline and only nine days before the hearing. Plaintiffs did not seek additional time or leave to file an untimely opposition. The Opposition does not acknowledge this extreme untimeliness, let alone offer an explanation, justification, or evidence that they acted in good faith.

In filing the Opposition only nine days before the hearing, Plaintiffs prejudiced Roblox and deprived it of time to prepare a comprehensive and timely reply. Plaintiffs have also unfairly benefitted, at Roblox's expense, from having two additional weeks to evaluate the Motion and prepare the Opposition.

Plaintiffs' extreme untimeliness, disregard of the rules, and prejudice to Roblox present ample grounds to disregard the Opposition. *See Shull v. Am. Home Mortg. Servicing, Inc.*, No. 12-CV-1353-MMA NLS, 2012 WL 4120244 at *1-2 (S.D. Cal. Sept. 18, 2012) (granting motion to dismiss for failure to file timely opposition); *Braxton v. Los Angeles Cnty.*, No. EDCV 20-1128 JGB (SHKX), 2021 WL 6102418 at *4-6 (C.D. Cal. Sept. 17, 2021) (granting motion to dismiss, striking plaintiffs' untimely opposition, and issuing sanctions "as they made no effort to show good cause or excusable neglect, nor did they seek leave to file a late opposition."); *Schaefer v. Walt Disney Co.*, No. 2:25-CV-00650-ODW (EX), 2025 WL 1381607, at *1 (C.D.

Cal. May 13, 2025) (stating “Plaintiff filed an untimely opposition which does not substantively address Defendants’ arguments [. . .] Accordingly, the Court declines to consider Plaintiff's untimely opposition.”).

For the foregoing reasons, Roblox respectfully requests that the Court decline to consider the Opposition and grant the Motion. Roblox further reserves the right to file a substantive Reply to Plaintiffs’ untimely Opposition.

DATED: August 14, 2025

PROCOPIO, CORY, HARGREAVES & SAVITCH LLP

By: /s/ Elaine F. Harwell
Elaine F. Harwell
Sean M. Sullivan
Benjamin White

Attorneys for Defendant ROBLOX CORPORATION