Elaine F. Harwell (Bar No. 242551)
E-mail:      elaine.harwell@procopio.com
Sean M. Sullivan (Bar No. 254372)
E-mail:      sean.sullivan@procopio.com
Benjamin White (Bar No. 339169)
E-mail:      benjamin.white@procopio.com
PROCOPIO, CORY, HARGREAVES &
     SAVITCH LLP
525 B Street, Suite 2200
San Diego, CA 92101
Telephone: 619.238.1900
Facsimile: 619.235.0398

Attorneys for Roblox Corporation

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL GARCIA, SALENA GARCIA, AND R.G., a minor by and through her guardians Michael Garcia and Salena Garcia, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ROBLOX CORPORATION,<br><br>Defendant. | Case No. 2:25-cv-03476<br><br>**NOTICE OF DEFENDANT ROBLOX CORPORATION'S MOTION TO COMPEL ARBITRATION**<br><br>*Memorandum of Points and Authorities, Declaration of Benjamin White, Declaration of Ronita Jit, Request for Judicial Notice, and [Proposed] Order filed concurrently herewith*<br><br>Date:      November 14, 2025<br>Time:      1:30 p.m.<br>Dept:      9B<br>Judge:    Judge Wesley L. Hsu |

**TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that on November 14, 2025 at 1:30 p.m., 2025 or as soon thereafter as the matter may be heard, before the Honorable Wesley L. Hsu, Defendant Roblox Corporation ("Roblox") will, and hereby does, seek an order compelling arbitration of Plaintiffs Michael Garcia, Salena Garcia, and R.G.'s ("Plaintiffs") claims in this action against Roblox.

This Motion is based on this Notice of Motion and Motion, the attached Memorandum of Points and Authorities filed herewith, the Declaration of Benjamin White, the Declaration of Ronita Jit Camarena, the Request for Judicial Notice, and any other matters upon which the Court must or may take judicial notice, the pleadings and papers on file in this action, such further oral or documentary evidence as may be presented at the hearing on this Motion, and upon any other matters properly before the Court.

This Motion is made following the conferences of counsel pursuant to Local Rule 7-3 which took place on July 21, 2025 and August 20, 2025. Roblox's good faith efforts to meet and confer in compliance with Local Rule 7-3 are further detailed in the Declaration of Benjamin White filed concurrently herewith.

DATED: October 6, 2025

PROCOPIO, CORY, HARGREAVES & SAVITCH LLP

By: /s/ *Elaine F. Harwell*

Elaine F. Harwell
Sean M. Sullivan
Benjamin White
Attorneys for Defendant ROBLOX CORPORATION