Elaine F. Harwell (Bar No. 242551)
E-mail:    elaine.harwell@procopio.com
Sean M. Sullivan (Bar No. 254372)
E-mail:    sean.sullivan@procopio.com
Benjamin White (Bar No. 339169)
E-mail:    benjamin.white@procopio.com
PROCOPIO, CORY, HARGREAVES &
    SAVITCH LLP
525 B Street, Suite 2200
San Diego, CA 92101
Telephone: 619.238.1900
Facsimile: 619.235.0398

Attorneys for Roblox Corporation

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL GARCIA, SALENA GARCIA, AND R.G., a minor by and through her guardians Michael Garcia and Salena Garcia, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ROBLOX CORPORATION,<br><br>Defendant. | Case No. 2:25-cv-03476<br><br>**DECLARATION OF BENJAMIN WHITE IN SUPPORT OF DEFENDANT ROBLOX CORPORATION'S MOTION TO COMPEL ARBITRATION**<br><br>*Memorandum of Points and Authorities, Notice of Motion, Declaration of Ronita Jit, Request for Judicial Notice, and [Proposed] Order filed concurrently herewith*<br><br>Date:     November 14, 2025<br>Time:    1:30 PM<br>Dept:    9B<br>Judge:   Judge Wesley L. Hsu |

I, Benjamin White, declare as follows:

1. I am an attorney at the law firm Procopio, Cory, Hargreaves & Savitch LLP ("Defense Counsel") and counsel for Defendant Roblox Corporation ("Roblox") in the above-captioned action. I am a member in good standing of the State Bar of California and admitted to practice in the U.S. District Court for the Central District of California. I submit this declaration in support of Roblox's Motion to Compel Arbitration ("Motion"). I have personal knowledge of the facts set forth in this declaration and, if called as a witness, could and would testify competently to such facts under oath.

**Account Information**

2. On May 9, 2025, Defense Counsel emailed counsel for Plaintiffs ("Plaintiffs' Counsel") Michael Garcia, Salena Garcia, and R.G. ("Plaintiffs") requesting Plaintiffs' Roblox usernames to facilitate Defense Counsel's investigation of Plaintiffs' claims. On May 19, 2025, Plaintiffs' Counsel provided the usernames ********grill and ****frig for Plaintiff R.G. ("R.G."), *****5764 for Plaintiff Michael Garcia ("M.G."), and **6455 for Plaintiff Salena Garcia ("S.G."). I have included asterisks (*) to redact the complete Username, User ID and Contact information from being disclosed in this declaration and in a public case filing. Each asterisk represents a redacted character. I can confirm, however, that the unredacted information corresponds to the information provided by Plaintiff's counsel. I have also redacted the exhibits attached to this declaration to prevent the complete Username, User ID and Contact information from being disclosed.

**Local Rule 7-3 Compliance**

3. Pursuant to Local Rule 7-3, counsel for both parties met telephonically on July 21, 2025. During the call, Defense Counsel conveyed Roblox's intent to move to compel arbitration based on Plaintiffs' acceptance of the Terms of Use. Defense Counsel also requested that Plaintiffs consent to arbitration or at least agree to stay briefing on Roblox's motion to dismiss pending a ruling on arbitration. Counsel for

Plaintiffs ("Plaintiffs' Counsel") declined to consent to arbitration or stay briefing on the motion to dismiss.

4. On July 23, 2025, Roblox filed a motion to dismiss in which it stated it "will be bringing a motion to compel arbitration based on the arbitration provisions contained within the Terms of Use that Plaintiffs incorporate into their Complaint and accepted when signing up for the service." Dkt. No. 17-1, fn. 1.

5. On August 7, 2025, Roblox served arbitration-focus discovery requests on Plaintiffs.

6. On August 20, 2025, counsel for both parties met again via Zoom for their 26f conference. During the conference, Defense Counsel reiterated Roblox's intent to move to compel arbitration and requested that the parties limit discovery to arbitration issues until the Court adjudicated the motion. Plaintiffs' Counsel declined to narrow discovery and maintained that Plaintiff R.G. was not subject to any arbitration agreement as a minor.

7. On September 5, 2025, the parties filed their 26f report, in which they jointly proposed an arbitration briefing schedule. *See* Dkt. No. 28, Ex. A.

8. On September 5, 2025, I emailed Plaintiffs' Counsel reiterating that Roblox intended to move to compel arbitration and stating the grounds for the motion. I also invited Plaintiffs' Counsel to let me know if he believed further discussion would help resolve this motion. As of October 3, 2025, Plaintiffs' Counsel has not responded to my email. Therefore, Roblox has complied with Local Rule 7-3.

**Discovery Responses**

9. On August 7, 2025, Roblox served Interrogatories, Requests for Admission, and Requests for Production (collectively, "R.G. Requests") on R.G. True and correct copies of the R.G. Requests are attached hereto as **Exhibit 1**.

10. On August 7, 2025, Roblox served Interrogatories, Requests for Admission, and Requests for Production (collectively, "M.G. Requests") on M.G. True and correct copies of the M.G. Requests are attached hereto as **Exhibit 2**.

11. On August 7, 2025, Roblox served Interrogatories, Requests for Admission, and Requests for Production (collectively, "S.G. Requests") on S.G. True and correct copies of the R.G. Requests are attached hereto as **Exhibit 3**.

12. On September 10, 2025, R.G. served responses ("R.G. Responses") to the R.G. Requests on Roblox. True and correct copies of the R.G. Responses are attached hereto as **Exhibit 4**.

13. On September 10, 2025, M.G. served responses ("M.G. Responses") to the M.G. Requests on Roblox. True and correct copies of the M.G. Responses are attached hereto as **Exhibit 5**.

14. On September 10, 2025, S.G. served responses ("S.G. Responses") to the S.G. Requests on Roblox. True and correct copies of the S.G. Responses are attached hereto as **Exhibit 6**.

15. On September 10, 2025, Plaintiffs produced documents relating to their Roblox accounts, bates numbered 000055-000057, 000078-000085, 000095-000099. True and correct copies of these documents are attached hereto as **Exhibit 7**.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed in San Diego, California, on October 6, 2025.

/s/ *Benjamin White*
Benjamin White