UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL GARCIA, SALENA GARCIA, AND R.G., a minor by and through her guardians Michael Garcia and Salena Garcia, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ROBLOX CORPORATION,<br><br>Defendant. | Case No. 2:25-cv-03476<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT ROBLOX CORPORATION'S MOTION TO COMPEL ARBITRATION**<br><br>Date: November 14, 2025<br>Time: 1:30 p.m.<br>Dept: 9B<br>Judge: Judge Wesley L. Hsu |

On November 14, 2025, Defendant Roblox Corporation ("Defendant") filed a motion to compel arbitration of Plaintiffs Michael Garcia, Salena Garcia, and R.G.'s ("Plaintiffs") claims in this action against Defendant.

The Court, having considered Defendant's Motion and finding good cause therefor, hereby GRANTS the Motion and ORDERS as follows:

1. Plaintiffs shall arbitrate their claims in this action against Defendant; AND
2. This action shall be stayed pending resolution of the arbitration.

**IT IS SO ORDERED.**

Dated: _____

        HON. WESLEY L. HSU
        UNITED STATES DISTRICT JUDGE