Elaine F. Harwell (Bar No. 242551)
E-mail: elaine.harwell@procopio.com
Sean M. Sullivan (Bar No. 254372)
E-mail: sean.sullivan@procopio.com
Benjamin White (Bar No. 339169)
E-mail: benjamin.white@procopio.com
PROCOPIO, CORY, HARGREAVES & SAVITCH LLP
525 B Street, Suite 2200
San Diego, CA 92101
Telephone: 619.238.1900
Facsimile: 619.235.0398

Attorneys for Defendant Roblox Corporation

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL GARCIA, SALENA GARCIA, AND R.G., a minor by and through her guardians Michael Garcia and Salena Garcia, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ROBLOX CORPORATION,<br><br>Defendant. | Case No. 2:25-cv-03476<br><br>**DECLARATION OF BENJAMIN WHITE IN SUPPORT OF DEFENDANT ROBLOX CORPORATION'S *EX PARTE* APPLICATION TO CONTINUE HEARING ON MOTION TO DISMISS**<br><br>*Ex Parte Application and [Proposed] Order filed concurrently herewith*<br><br>Dept: 9B<br>Judge: Judge Wesley L. Hsu |

I, Benjamin White, declare as follows:

1. I am an attorney at the law firm Procopio, Cory, Hargreaves & Savitch LLP and counsel for Defendant Roblox Corporation ("Roblox") in the above-captioned action. I am a member in good standing of the State Bar of California and admitted to practice in the U.S. District Court for the Central District of California. I submit this declaration in support of Roblox's *Ex Parte* Application to Continue Hearing on Motion to Dismiss. I have personal knowledge of the facts set forth in this declaration and, if called as a witness, could and would testify competently to such facts under oath.

2. On August 20, 2025, counsel for both parties met via Zoom for their 26(f) conference. During the conference, I reiterated Roblox's intent to move to compel arbitration and stated that the arbitration question should be resolved before the hearing on Roblox's motion to dismiss ("Motion to Dismiss").

3. Following the receipt of targeted arbitration-focused discovery responses from Plaintiffs, Roblox prepared to file the motion to compel arbitration ("Motion to Compel"). I consulted the Court's motion calendar posted at https://apps.cacd.uscourts.gov/Jps/honorable-wesley-hsu.

4. Although the parties' 26(f) report proposed a Motion to Compel hearing on November 5, 2025, the Court only hears motions on Fridays and November 7 was unavailable on the calendar. Likewise, November 21, 2025 and November 28, 2025 were not available. The only posted date that complied with the twenty-eight-day notice period was November 14, 2025.

5. On October 3, 2025, I informed Plaintiffs' counsel that Roblox intended to notice the Motion to Compel for November 14 and requested that Plaintiffs stipulate to continue the Motion to Dismiss hearing to avoid conflicting hearings and ensure the Motion to Compel was heard first. Plaintiffs' counsel did not respond. I proceeded to file the Motion to Compel on October 6, 2025, noticed for November 14. Only after Roblox filed the Motion to Compel did Plaintiffs' counsel respond, declining to

stipulate and stating the motions should be heard "at the same time."

6. On October 13, 2025, I informed Plaintiffs' counsel that Roblox intended to apply *ex parte* to continue the Motion to Dismiss hearing, unless Plaintiffs would stipulate to do so. I also restated the bases for continuing the hearing.

7. Plaintiffs' counsel stated Plaintiffs would not stipulate to continue the hearing and would actually oppose any application to that effect.

8. I bring this request as an *ex parte* application as opposed to motion for continuance because there is not sufficient time to have a motion heard with twenty-eight days' notice before the Motion to Dismiss hearing on November 14, 2025.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed in San Diego, California, on October 20, 2025.

/s/ *Benjamin White*
Benjamin White