# EXHIBIT 1

 Outlook

**Re: Stipulation to Continue MTD Hearing / Garcia v. Roblox**

From  Robert Salgado <rsalgado@counterpointfirm.com>
Date  Tue 10/7/2025 10:01 AM
To    White, Benjamin <Benjamin.White@procopio.com>
Cc    Harwell, Elaine F. <Elaine.Harwell@procopio.com>; Sullivan, Sean M. <sean.sullivan@procopio.com>

1 attachment (101 KB)
2025-09-09 - Dkt. 29 - ORDER Setting Hearing on MTD to 11-14-2025.pdf;

It was in the Joint Rule 26(f) Report. You guys requested the continuance during our meet and confer. It was also in the Judge's minute order (see attached).

Robert

---

**From:** White, Benjamin <Benjamin.White@procopio.com>
**Sent:** Tuesday, October 7, 2025 8:45 AM
**To:** Robert Salgado <rsalgado@counterpointfirm.com>
**Cc:** Harwell, Elaine F. <Elaine.Harwell@procopio.com>; Sullivan, Sean M. <sean.sullivan@procopio.com>
**Subject:** RE: Stipulation to Continue MTD Hearing / Garcia v. Roblox

Robert,

Could you point us to where the Court signed off on simultaneous hearings? I'm not seeing any mention in the scheduling order or the order continuing the MTD hearing to 11/14.

**BENJAMIN WHITE**
ASSOCIATE
PROCOPIO

P. 858.480.8232 | F. 619.788.5500 | benjamin.white@procopio.com
12544 HIGH BLUFF DRIVE, SUITE 400, SAN DIEGO, CA 92130
procopio.com

---

**From:** Robert Salgado <rsalgado@counterpointfirm.com>
**Sent:** Monday, October 6, 2025 7:04 PM
**To:** White, Benjamin <Benjamin.White@procopio.com>
**Subject:** Re: Stipulation to Continue MTD Hearing / Garcia v. Roblox

**\* EXTERNAL EMAIL - Please use Caution. \***

Hi Benjamin,

Why do you guys want to postpone the hearing on the MTD? Everything is already briefed. If I remember correctly, the judge already signed off on doing the hearings at the same time.

Thanks,

Robert

---

**From:** White, Benjamin <Benjamin.White@procopio.com>
**Sent:** Monday, October 6, 2025 3:16 PM
**To:** Nallely Nungaray <nnungaray@counterpointfirm.com>; Robert Salgado <rsalgado@counterpointfirm.com>; Morgan D. Ross <Morgan@counterpointfirm.com>; Yazmine Jimenez <yjimenez@counterpointfirm.com>
**Cc:** Harwell, Elaine F. <Elaine.Harwell@procopio.com>; Sullivan, Sean M. <sean.sullivan@procopio.com>
**Subject:** RE: Stipulation to Continue MTD Hearing / Garcia v. Roblox

Counsel,

I'm following up on whether Plaintiffs would stipulate to continuing the MTD hearing.

Thanks,

**BENJAMIN WHITE**
ASSOCIATE
PROCOPIO

P. 858.480.8232 | F. 619.788.5500 | benjamin.white@procopio.com
12544 HIGH BLUFF DRIVE, SUITE 400, SAN DIEGO, CA 92130
procopio.com

---

**From:** White, Benjamin
**Sent:** Friday, October 3, 2025 4:00 PM
**To:** Nallely Nungaray <nnungaray@counterpointfirm.com>; Robert Salgado <rsalgado@counterpointfirm.com>; Morgan D. Ross <Morgan@counterpointfirm.com>; 'Yazmine Jimenez' <yjimenez@counterpointfirm.com>
**Cc:** Harwell, Elaine F. <Elaine.Harwell@procopio.com>; Sullivan, Sean M. <sean.sullivan@procopio.com>
**Subject:** Stipulation to Continue MTD Hearing / Garcia v. Roblox

Counsel,

We intend to file a motion to compel arbitration today in the federal Garcia case. We would like to notice the MTCA hearing for November 14, 2025. Would Plaintiffs be agreeable to continuing the current November 14 hearing on our motion to dismiss once we file the MTCA?

Thanks,

**BENJAMIN WHITE**
ASSOCIATE

P. 858.480.8232 | F. 619.788.5500 | benjamin.white@procopio.com
12544 HIGH BLUFF DRIVE, SUITE 400, SAN DIEGO, CA 92130
procopio.com

 Procopio

Mon Oct 06 2025 15:16:29

This is an email from Procopio, Cory, Hargreaves & Savitch LLP, Attorneys at Law. This email and any attachments hereto may contain information that is confidential and/or protected by the attorney-client privilege

and attorney work product doctrine. This email is not intended for transmission to, or receipt by, any unauthorized persons. Inadvertent disclosure of the contents of this email or its attachments to unintended recipients is not intended to and does not constitute a waiver of attorney-client privilege or attorney work product protections. If you have received this email in error, immediately notify the sender of the erroneous receipt and destroy this email, any attachments, and all copies of same, either electronic or printed. Any disclosure, copying, distribution, or use of the contents or information received in error is strictly prohibited.

Tue Oct 07 2025 08:45:08

This is an email from Procopio, Cory, Hargreaves & Savitch LLP, Attorneys at Law. This email and any attachments hereto may contain information that is confidential and/or protected by the attorney-client privilege and attorney work product doctrine. This email is not intended for transmission to, or receipt by, any unauthorized persons. Inadvertent disclosure of the contents of this email or its attachments to unintended recipients is not intended to and does not constitute a waiver of attorney-client privilege or attorney work product protections. If you have received this email in error, immediately notify the sender of the erroneous receipt and destroy this email, any attachments, and all copies of same, either electronic or printed. Any disclosure, copying, distribution, or use of the contents or information received in error is strictly prohibited.