# EXHIBIT 2

 Outlook

---

**Re: Continuing MTD Hearing / Garcia v. Roblox**

| | |
|---|---|
| **From** | Robert Salgado <rsalgado@counterpointfirm.com> |
| **Date** | Mon 10/13/2025 1:55 PM |
| **To** | White, Benjamin <Benjamin.White@procopio.com>; Nallely Nungaray <nnungaray@counterpointfirm.com>; Yazmine Jimenez <yjimenez@counterpointfirm.com>; Morgan D. Ross <Morgan@counterpointfirm.com> |
| **Cc** | Harwell, Elaine F. <Elaine.Harwell@procopio.com>; Sullivan, Sean M. <sean.sullivan@procopio.com> |
| **Bcc** | Clio Manage (03748- Roblox federal) <1d8c155c-7dfa-4db7-8391-f0c6515138b9@outlook.clio.com> |

Thank you for the warning.

Unfortunately, we will oppose any motion to continue the hearing date on the motion to dismiss.

Kind regards,

Robert

---

**From:** White, Benjamin <Benjamin.White@procopio.com>
**Sent:** Monday, October 13, 2025 10:19 AM
**To:** Robert Salgado <rsalgado@counterpointfirm.com>; Nallely Nungaray <nnungaray@counterpointfirm.com>; Yazmine Jimenez <yjimenez@counterpointfirm.com>; Morgan D. Ross <Morgan@counterpointfirm.com>
**Cc:** Harwell, Elaine F. <Elaine.Harwell@procopio.com>; Sullivan, Sean M. <sean.sullivan@procopio.com>
**Subject:** Continuing MTD Hearing / Garcia v. Roblox

Counsel,

Please be advised that Defendant Roblox intends to apply *ex parte* to continue the motion to dismiss hearing. The Court continued the MTD hearing to November 14 to allow time to resolve the threshold issue of arbitration. We are not aware of any Court order on conducting the hearings simultaneously (26f report contemplated a MTCA hearing on November 5). As Roblox prepared to file the MTCA, November 14 was the only available hearing date within the notice period and not blocked off on the Court's calendar. Accordingly, we asked whether Plaintiffs would stipulate to continue the hearing if we noticed it for November 14. We received no response and filed the motion the following Monday, noticed for November 14. Plaintiffs' counsel later informed us that Plaintiffs would like the motions heard simultaneously.

Roblox simply seeks to continue the MTD hearing to ensure the MTCA is heard first as originally contemplated. Please let us know <u>by the end of the day</u> whether Plaintiffs would oppose this application or simply stipulate to continue the hearing. We would of course prefer to avoid motion practice.

Regards,

**BENJAMIN WHITE**
ASSOCIATE

P. 858.480.8232 | F. 619.788.5500 | benjamin.white@procopio.com
12544 HIGH BLUFF DRIVE, SUITE 400, SAN DIEGO, CA 92130
procopio.com

**Procopio**

Mon Oct 13 2025 10:19:30

This is an email from Procopio, Cory, Hargreaves & Savitch LLP, Attorneys at Law. This email and any attachments hereto may contain information that is confidential and/or protected by the attorney-client privilege and attorney work product doctrine. This email is not intended for transmission to, or receipt by, any unauthorized persons. Inadvertent disclosure of the contents of this email or its attachments to unintended recipients is not intended to and does not constitute a waiver of attorney-client privilege or attorney work product protections. If you have received this email in error, immediately notify the sender of the erroneous receipt and destroy this email, any attachments, and all copies of same, either electronic or printed. Any disclosure, copying, distribution, or use of the contents or information received in error is strictly prohibited.