# EXHIBIT 3

## Honorable Wesley L. Hsu
### District Judge

(WLH)

📍 First Street U.S. Courthouse, Los Angeles
Courtroom 9B, 9th Floor

🎥 Zoom Webinar Information

**Daily Calendar**

| | |
|---|---|
| 10/22/2025 | No Calendar |
| 10/23/2025 | No Calendar |

**Motion Calendar**

| | CV | CR |
|---|---|---|
| 10/31/2025 | Closed | |
| 11/07/2025 | Closed | Closed |
| 11/21/2025 | Closed | Closed |
| 02/13/2026 | Closed | Closed |
| 02/20/2026 | Closed | Closed |