Morgan D. Ross, Esq. (SBN 270650)
Robert B. Salgado, Esq. (SBN 297391)
**COUNTERPOINT LEGAL**
600 B Street, Ste 1550
San Diego, CA 92101
Tel:  (619) 780-3303
Fax: (619) 344-0332
morgan@counterpointfirm.com
rsalgado@counterpointfirm.com

*Attorneys for Plaintiffs and Putative Class*

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL GARCIA, SALENA GARCIA, AND R.G., a minor by and through her guardians Michael Garcia and Salena Garcia, on behalf of themselves and all others similarly situated,<br><br>　　　　　Plaintiffs,<br>　　vs.<br>ROBLOX CORPORATION,<br>　　　　　Defendant | Case No.: 2:25-cv-03476-WLH-AJR<br><br>**DECLARATION OF ROBERT B. SALGADO IN RESPONSE TO ORDER TO SHOW CAUSE REGARDING LOCAL RULE 11-6 CERTIFICATION**<br><br>Date:　　November 14, 2025<br>Time:　　1:30 p.m.<br>Dept:　　9B<br>Judge:　　Judge Wesley L. Hsu |

i

DECLARATION OF ROBERT B. SALGADO IN RESPONSE TO ORDER TO SHOW CAUSE REGARDING LOCAL RULE 11-6 CERTIFICATION

I, Robert B. Salgado, Declare:

1. Role and personal knowledge. I am counsel of record for Plaintiffs in this action. I have personal knowledge of the matters set forth herein and could and would testify competently thereto if called.

2. On Friday, October 24, 2025, I completed a final, condensed draft of Plaintiffs' Opposition to Defendant's Motion to Compel Arbitration shortly after 9:00 p.m. Pacific. My original working draft was approximately 9,000 words; I condensed it to under 7,000 words to comply with Judge Hsu's Standing Order and Local Rule 11-6.

3. While organizing the filing set, I accidentally saved the uncondensed version over the condensed version (a mistaken overwrite). When I returned to the file, the "condensed" and original versions were identical.

4. I spent roughly three hours attempting to recover the condensed version from autosave/temporary files and prior versions but was unable to do so.

5. At some point around 2:00 a.m. on October 25, 2025, I began redrafting the memorandum from the working materials. I completed that redraft around 12:00 p.m. (noon) on October 25, and then started to finalize the rest of the pleadings and proposed orders.

6. After completing the redraft, I began converting documents to PDF. In that process, I must have mistakenly saved and filed the uncondensed memorandum rather than the condensed redraft. The filed memorandum:

7. Exceeded the 7,000-word limit;

8. Did not include a Table of Contents or Table of Authorities; and

9. Contained an obviously incorrect word-count certification that stated "1,142 words" and referenced "Plaintiffs' Opposition to Defendant's Ex Parte Application to Continue Hearing on Motion to Dismiss," which is not the document at issue. That certification text was erroneously carried over from a template used in a different filing (an opposition to an ex parte application) and was not updated

1

DECLARATION OF ROBERT B. SALGADO IN RESPONSE TO ORDER TO SHOW CAUSE REGARDING LOCAL RULE 11-6 CERTIFICATION

before the PDF was generated.

10. The PDF I filed was generated from a template that included a prior Local Rule 11-6 certificate block. Because I inadvertently converted the uncondensed version (and not the condensed redraft) I had not completed the template's certificate language during that conversion, the incorrect "1,142 words / ex parte" certificate remained in the PDF that was filed. This was my mistake and my responsibility; there was no intent to mislead the Court about the word count or the nature of the filing.

11. On November 6, 2025, upon receiving the Clerk's Notice of Deficiencies referencing the Opposition, I immediately reviewed the stamped ECF version and recognized that I had uploaded the wrong (uncondensed) draft. That afternoon, I emailed chambers for guidance and—consistent with the CRD's direction—filed a Notice of Errata the same day. I also promptly served opposing counsel with the corrected, condensed Opposition and explained the error. The corrected Opposition and my email to defense were attached as exhibits to the Notice of Errata.

12. The corrected Opposition is under 7,000 words; includes a Table of Contents and Table of Authorities; contains a Local Rule 11-6 certification reflecting the correct word count for the Opposition; and bears the correct caption (including the Court's initials).

13. I respectfully request that the Court accept the corrected Opposition (as lodged with the Errata) or, in the alternative, permit it to be filed as a stand-alone corrected opposition, with any accommodation the Court deems appropriate (e.g., a short supplemental reply period for Defendant or a brief continuance).

14. I have implemented the following safeguards in my practice:

    a. Separate, locked templates for Local Rule 11-6 certificates that require entry of the document title and live word-count as mandatory fields before finalizing;

    b. A pre-ECF two-person/second-review checklist verifying (i) word

DECLARATION OF ROBERT B. SALGADO IN RESPONSE TO ORDER TO SHOW CAUSE REGARDING LOCAL RULE 11-6 CERTIFICATION

1  count, (ii) TOC/TOA present, (iii) caption and judge's initials, and
2  (iv) correct version control; and
3      c. My firm has hired a paralegal that will be dedicated to working only
4  on my cases, she starts on December 1, 2025.

5  15. I sincerely apologize to the Court for the errors in the filed Opposition
6  and for the incorrect certification block that appeared in the working-draft PDF. The
7  mistakes were inadvertent, and I took immediate steps to correct the record once
8  identified. I respectfully request that the Court discharge the OSC and accept the
9  corrected, compliant Opposition submitted with Plaintiffs' Notice of Errata, with
10 any procedural accommodation the Court finds appropriate to ensure fairness to
11 Defendant.

12 16. I declare under penalty of perjury under the laws of the United States of
13 America that the foregoing is true and correct.

14 Executed on November 7, 2025, at San Diego, California.

COUNTERPOINT LEGAL

_____
Robert B. Salgado, Esq.
Attorney for Plaintiffs

DECLARATION OF ROBERT B. SALGADO IN RESPONSE TO ORDER TO SHOW CAUSE REGARDING LOCAL RULE 11-6 CERTIFICATION

CERTIFICATE OF SERVICE

Garcia, *et al.* v. Roblox Corporation
Case No. 2:25-cv-03476-WLH-AJR

I hereby certify a copy of the foregoing was served electronically via the Court's electronic filing system this 7th day of November, 2025 to the attorneys of record herein.

| | |
|---|---|
| Elaine F. Harwell (Bar No. 242551)<br>E-mail:elaine.harwell@procopio.com<br>Sean M. Sullivan (Bar No. 254372)<br>E-mail:sean.sullivan@procopio.com<br>Benjamin White (Bar No. 339169)<br>E-mail:benjamin.white@procopio.com<br>Procopio, Cory, Hargreaves & Savitch LLP<br>525 B Street, Suite 2200 San Diego, CA 92101<br>Telephone: 619.238.1900<br>Facsimile: 619.235.0398 | *ATTORNEYS FOR DEFENDANT:*<br>ROBLOX CORPORATION |

Executed on this 7th day of November, 2025, at San Diego, California.

/s/ Robert Salgado

Robert B. Salgado, Attorney for Plaintiffs

1

DECLARATION OF ROBERT B. SALGADO IN RESPONSE TO ORDER TO SHOW CAUSE REGARDING LOCAL RULE 11-6 CERTIFICATION