Morgan D. Ross, Esq. (SBN 270650)
Robert B. Salgado, Esq. (SBN 297391)
**COUNTERPOINT LEGAL**
600 B Street, Ste 1550
San Diego, CA 92101
Tel:  (619) 780-3303
Fax: (619) 344-0332
morgan@counterpointfirm.com
rsalgado@counterpointfirm.com

*Attorneys for Plaintiffs and Putative Class*

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL GARCIA, SALENA GARCIA, AND R.G., a minor by and through her guardians Michael Garcia and Salena Garcia, on behalf of themselves and all others similarly situated,<br><br>        Plaintiffs,<br><br>   vs.<br><br>ROBLOX CORPORATION,<br><br>        Defendant | Case No.: 2:25-cv-03476-WLH-AJR<br><br>**MEMORANDUN IN SUPPORT OF PLAINTIFFS' EX PARTE APPLICATION FOR ADMINISTRATIVE RELIEF (REQUEST TO ACCEPT CORRECTED OPPOSITION LODGED WITH NOTICE OF ERRATA)**<br><br>Date:     November 14, 2025<br>Time:    1:30 p.m.<br>Dept:    9B<br>Judge:   Judge Wesley L. Hsu |

i

MEMORANDUM IN SUPPORT OF PLAINTIFFS' EX PARTE APPLICATION
FOR ADMINISTRATIVE RELIEF

# MEMORANDUM OF POINTS AND AUTHORITIES

## I. Introduction and Narrow Request

The Court struck Plaintiffs' prior opposition (Dkt. 37) as untimely and overlength and issued an OSC regarding the incorrect Local Rule 11-6 certification embedded in that working-draft PDF. Before those orders issued, Plaintiffs filed a Notice of Errata (Dkt. 40) lodging a Corrected Opposition that complies with the Court's word limit, includes a Table of Contents and Table of Authorities, contains a correct Local Rule 11-6 certification, and corrects the caption. Plaintiffs now make a narrow administrative request: accept the corrected, compliant brief already lodged with Dkt. 40 as the operative opposition, while offering Defendant a short supplemental-reply window or, alternatively, a brief continuance.

## II. Statement of Facts

On October 25, 2025, Plaintiffs' opposition at Dkt. 37 was inadvertently filed from an earlier working draft rather than the condensed, compliant version prepared for submission. The docketed PDF exceeded the Court's word limit and carried a vestigial L.R. 11-6 certificate from another brief.

On November 6, 2025, upon receiving the Clerk's deficiency notice, Plaintiffs immediately confirmed the mismatch, contacted chambers, and—consistent with the CRD's guidance—filed a Notice of Errata (Dkt. 40) lodging the Corrected Opposition (Ex. A), which is under 7,000 words, includes TOC/TOA, bears the proper caption, and contains a proper L.R. 11-6 certification. Plaintiffs simultaneously served the corrected brief on Defendant.

The next morning on November 7, 2025, the Court struck Dkt. 37 and issued an OSC regarding the erroneous certification embedded in that filing; Plaintiffs filed a forthright declaration in response that same day (Dkt. 43). With the hearing set for Friday, November 14, 2025 at 1:30 p.m., and after a meet-and-confer on November 12 at 4:20 p.m. in which Defendant stated it opposes acceptance of the corrected brief, Plaintiffs now seek narrowly tailored administrative relief: acceptance of the

corrected opposition already lodged, with either a short supplemental reply window or a brief continuance to avoid prejudice.

### III. Legal Basis

The Court may accept Plaintiffs' corrected opposition in the exercise of its inherent docket-management authority and to secure the "just, speedy, and inexpensive" determination of this action. Chambers v. NASCO, Inc., 501 U.S. 32, 43–46 (1991); Landis v. N. Am. Co., 299 U.S. 248, 254 (1936); Fed. R. Civ. P. 1. Alternatively, acceptance *nunc pro tunc* is warranted under Fed. R. Civ. P. 6(b)(1)(B) because the Pioneer factors favor relief: there is no meaningful prejudice (Defendant may file a ≤5-page supplemental reply or receive a brief continuance), the delay is short, Plaintiffs acted promptly and in good faith to correct the filing, and deciding on a compliant record accords with Ninth Circuit guidance. *See* Pioneer Inv. Servs. Co. v. Brunswick Assocs., 507 U.S. 380, 395 (1993); Ahanchian v. Xenon Pictures, Inc., 624 F.3d 1253, 1258–60 (9th Cir. 2010); Pincay v. Andrews, 389 F.3d 853, 855–60 (9th Cir. 2004) (en banc); Bateman v. U.S. Postal Serv., 231 F.3d 1220, 1223–25 (9th Cir. 2000).

### IV. Good Cause

The Corrected Opposition (Dkt. 40, Ex. A) is ≤7,000 words, includes TOC/TOA, bears the correct caption, and contains a proper Local Rule 11-6 certification. (Dkts. 40-1 and 43). Accepting it (while offering Defendant a short supplemental reply or a brief continuance) promotes resolution on a compliant record and avoids prejudice. Plaintiffs promptly alerted chambers and opposing counsel and lodged the corrected brief via errata immediately after the deficiency notice. Plaintiffs have also filed a forthright OSC declaration and implemented process fixes.

### V. Meet-and-Confer and Ex Parte Notice

Consistent with Judge Hsu's Standing Order and L.R. 7-3, Plaintiffs provided L.R. 7-19 notice in the form of an email on November 11, 2025 at 11:47 p.m. (See

1  Salgado Declaration, ¶ 4). On November 12, 2025 at 4:20 p.m., Plaintiffs' counsel
2  conferred by telephone with defense counsel Benjamin White who indicated that the
3  Defendant opposes the acceptance of the corrected opposition. *Id*.

### VI. Requested Order

Plaintiffs respectfully request entry of the proposed order submitted herewith: (1) accepting the corrected, compliant opposition lodged with Dkt. 40, and (2) granting Defendant either a short ≤5-page supplemental reply window or a brief continuance, at the Court's discretion.

Dated: November 12, 2025                    COUNTERPOINT LEGAL

                                            _____
                                            Robert B. Salgado, Esq.
                                            Attorney for Plaintiffs

**L.R. 11-6 CERTIFICATE OF COMPLIANCE**

  The undersigned, counsel of record for Plaintiffs, certify that Plaintiffs' Memorandum in Support of Plaintiffs' ex parte Application for Administrative Relif contains 684 words, which complies with the word limits of L.R. 11-6.1 and Section G.4 of the Court's Standing Order For Newly Assigned Civil Cases.

Dated: November 12, 2025    COUNTERPOINT LEGAL

                _____
                Robert B. Salgado, Esq.
                Attorney for Plaintiffs

MEMORANDUM IN SUPPORT OF PLAINTIFFS' EX PARTE APPLICATION FOR ADMINISTRATIVE RELIEF

# CERTIFICATE OF SERVICE

Garcia, *et al.* v. Roblox Corporation
Case No. 2:25-cv-03476

I hereby certify a copy of the foregoing was served electronically via the Court's electronic filing system this 12th day of November, 2025 to the attorneys of record herein.

| | |
|---|---|
| Elaine F. Harwell (Bar No. 242551)<br>E-mail: elaine.harwell@procopio.com<br>Sean M. Sullivan (Bar No. 254372)<br>E-mail: sean.sullivan@procopio.com<br>Benjamin White (Bar No. 339169)<br>E-mail: benjamin.white@procopio.com<br>Procopio, Cory, Hargreaves & Savitch LLP<br>525 B Street, Suite 2200 San Diego, CA 92101<br>Telephone: 619.238.1900<br>Facsimile: 619.235.0398 | *ATTORNEYS FOR DEFENDANT:*<br>ROBLOX CORPORATION |

Executed on this 12th day of November, 2025, at San Diego, California.

/s/ Robert Salgado

Robert B. Salgado, Attorney for Plaintiffs