Morgan D. Ross, Esq. (SBN 270650)
Robert B. Salgado, Esq. (SBN 297391)
**COUNTERPOINT LEGAL**
600 B Street, Ste 1550
San Diego, CA 92101
Tel: (619) 780-3303
Fax: (619) 344-0332
morgan@counterpointfirm.com
rsalgado@counterpointfirm.com

*Attorneys for Plaintiffs and Putative Class*

## UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL GARCIA, SALENA GARCIA, AND R.G., a minor by and through her guardians Michael Garcia and Salena Garcia, on behalf of themselves and all others similarly situated,<br><br>　　　　　Plaintiffs,<br>　　vs.<br>ROBLOX CORPORATION,<br>　　　　　Defendant | Case No.: 2:25-cv-03476-WLH-AJR<br><br>**DECLARATION OF ROBERT B. SALGADO IN SUPPORT OF PLAINTIFFS' EX PARTE APPLICATION FOR ADMINISTRATIVE RELIEF (REQUEST TO ACCEPT CORRECTED OPPOSITION LODGED WITH NOTICE OF ERRATA)**<br>Date:　November 14, 2025<br>Time:　1:30 p.m.<br>Dept:　9B<br>Judge:　Judge Wesley L. Hsu |

i

DECLARATION OF ROBERT SALGADO IN SUPPORT OF PLAINTIFFS' EX PARTE APPLICATION FOR ADMINISTRATIVE RELIEF

I, Robert B. Salgado, declare:

1. I am an associate attorney at Counterpoint Legal and am counsel of record for Plaintiffs. I have personal knowledge of the facts herein and could testify competently thereto if called.

2. On November 12, 2025, at 4:20 p.m. (PT), I conducted a telephonic meet-and-confer with Benjamin White of Procopio, Cory, Hargreaves & Savitch LLP regarding this *ex parte* Application for Administrative Relief (acceptance of the corrected opposition lodged with Plaintiffs' Notice of Errata, Dkt. 40). We discussed the relief requested and potential accommodations (a short supplemental reply or a brief continuance). Mr. White stated that Defendant opposes the request to substitute Plaintiffs' Corrected Opposition *nunc pro tunc* as identified in Exhibit A to the Notice of Errata. (Dkt. 40-3).

3. I was out of town on November 10, 2025 and November 11, 2025 was a court holiday. I sought to confer at the earliest feasible time today given counsel availability and the Friday hearing.

4. L.R. 7-19 Notice. On November 11, 2025, at 11:47 p.m. (PT), I sent written notice by email to defense counsel of record (including Ms. Harwell, Mr. Sullivan, and Mr. White) describing the specific relief sought in this ex parte application and to request a meet-and-confer.

5. This application seeks only administrative relief to accept the corrected, compliant opposition already lodged as Exhibit A to Dkt. 40, with a limited supplemental-reply option or brief continuance to avoid prejudice. No exhibits accompany this declaration.

Dated: November 12, 2025         COUNTERPOINT LEGAL

_____
Robert B. Salgado, Esq.
Attorney for Plaintiffs

1
DECLARATION OF ROBERT SALGADO IN SUPPORT OF PLAINTIFFS' EX PARTE APPLICATION FOR ADMINISTRATIVE RELIEF

# CERTIFICATE OF SERVICE

Garcia, *et al.* v. Roblox Corporation
Case No. 2:25-cv-03476

I hereby certify a copy of the foregoing was served electronically via the Court's electronic filing system this 12th day of November, 2025 to the attorneys of record herein.

| | |
|---|---|
| Elaine F. Harwell (Bar No. 242551)<br>E-mail:elaine.harwell@procopio.com<br>Sean M. Sullivan (Bar No. 254372)<br>E-mail:sean.sullivan@procopio.com<br>Benjamin White (Bar No. 339169)<br>E-mail:benjamin.white@procopio.com<br>Procopio, Cory, Hargreaves & Savitch LLP<br>525 B Street, Suite 2200 San Diego, CA 92101<br>Telephone: 619.238.1900<br>Facsimile: 619.235.0398 | *ATTORNEYS FOR DEFENDANT:*<br>ROBLOX CORPORATION |

Executed on this 12th day of November, 2025, at San Diego, California.

/s/ Robert Salgado

Robert B. Salgado, Attorney for Plaintiffs

DECLARATION OF ROBERT SALGADO IN SUPPORT OF PLAINTIFFS' EX PARTE APPLICATION FOR ADMINISTRATIVE RELIEF