Morgan D. Ross, Esq. (SBN 270650)
Robert B. Salgado, Esq. (SBN 297391)
**COUNTERPOINT LEGAL**
600 B Street, Ste 1550
San Diego, CA 92101
Tel: (619) 780-3303
Fax: (619) 344-0332
morgan@counterpointfirm.com
rsalgado@counterpointfirm.com

*Attorneys for Plaintiffs and Putative Class*

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MICHAEL GARCIA, SALENA GARCIA, AND R.G., a minor by and through her guardians Michael Garcia and Salena Garcia, on behalf of themselves and all others similarly situated,<br>Plaintiffs,<br>vs.<br>ROBLOX CORPORATION,<br>Defendant | Case No.: 2:25-cv-03476-WLH-AJR<br><br>**PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR RECONSIDERATION OF ORDER GRANTING DEFENDANT'S MOTION TO COMPEL ARBITRATION (C.D. CAL. L.R. 7-18; FED. R. CIV. P. 54(B))**<br><br>Date: April 3, 2026<br>Time: 1:30 p.m.<br>Dept: 9B<br>Judge: Judge Wesley L. Hsu |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on April 3, 2026, at 1:30 p.m., or as soon thereafter as the matter may be heard, in Courtroom 9B of the United States District Court for the Central District of California, located at 350 W 1st Street, Suite 4311 Los Angeles, CA 90012-4565, before the Honorable Wesley L. Hsu, Plaintiffs Michael Garcia,, Salena Garcia, and R.G. (collectively, "Plaintiffs") will and hereby do move the Court for reconsideration of the Court's February 11, 2026 Order granting Defendant Roblox Corporation's Motion to Compel Arbitration.

This motion is brought pursuant to Central District of California Local Rule 7-18 and Federal Rule of Civil Procedure 54(b), and is based upon the grounds that the Court's February 11, 2026 Order warrants reconsideration and/or modification, including but not limited to: (1) the proper legal effect of R.G.'s disaffirmance under California Family Code section 6710 on the existence and enforceability of any arbitration agreement; (2) whether post-disaffirmance "continued use" can constitute ratification or otherwise justify enforcement of an arbitration agreement against a minor; (3) whether nonsignatory doctrines, including parent-child "special relationship" theories, can be used to bind R.G. to arbitration after disaffirmance; and (4) such other grounds as are set forth in the accompanying Memorandum of Points and Authorities and supporting papers.

Plaintiffs seek an order vacating and/or modifying the Court's February 11, 2026 Order to the extent it compels arbitration against Plaintiff R.G. after her disaffirmance and compelling such other and further relief as the Court deems just and proper.

This motion is made following compliance with Local Rule 7-3 and the Court's Standing Order. Counsel for Plaintiffs met and conferred with counsel for Defendant, Benjamin White, by teleconference on February 19, 2026, and discussed thoroughly the substance of the contemplated motion and potential resolution; however, the parties were unable to resolve or narrow the issues raised.

This motion is based upon this Notice of Motion and Motion, the accompanying Memorandum of Points and Authorities, the Declaration of Robert B. Salgado and any other supporting declarations, the pleadings and records on file in this action, and upon such further

oral and documentary evidence as may be presented at the hearing.

Dated: February 24, 2026

COUNTERPOINT LEGAL

Robert B. Salgado, Esq.
Attorney for Plaintiffs

# CERTIFICATE OF SERVICE

Garcia, *et al.* v. Roblox Corporation
Case No. 2:25-cv-03476-WLH-AJR

I hereby certify a copy of the foregoing was served electronically via the Court's electronic filing system this 24th day of February, 2026 to the attorneys of record herein.

Elaine F. Harwell (Bar No. 242551)
E-mail:elaine.harwell@procopio.com
Sean M. Sullivan (Bar No. 254372)
E-mail:sean.sullivan@procopio.com
Benjamin White (Bar No. 339169)
E-mail:benjamin.white@procopio.com
Procopio, Cory, Hargreaves & Savitch LLP
525 B Street, Suite 2200 San Diego, CA 92101
Telephone: 619.238.1900
Facsimile: 619.235.0398

*ATTORNEYS FOR DEFENDANT:*
ROBLOX CORPORATION

Executed on this 24th day of February, 2026, at San Diego, California.

/s/ Robert Salgado

Robert B. Salgado, Attorney for Plaintiffs